### BILLING ag^t RAWSON

Roger Billings plaint. ag^t William Rawson Defend^t in an action of the case for breach of his promiss upon a bargain of Land by refuseing to give a legall deed of the twelfth part of the Farme s^d Billings Lives on called Newberry Farme whereby the plaintife is greatly damnified with all other due damages according to attachm^t dat^d July. 24° 1677. . . . The Jury . . . found for the plaint. that the Defend^t do give him a good sufficient legall deed of Sale of the twelfth part of the Farme s^d plaint. lives in called Newberry Farme and other lands mentioned according to promiss within one month or to pay two hundred pounds mony and costs of Court. [**449**] The Defend^t appealed from this Judgement unto the next Court of Assistants and himselfe principall in £.200. and John Woodmansey and Joseph Webb Sureties in £.100. apeice acknowledged themselves respectiuely bound . . . on condition the s^d William Rawson should prosecute his appeale . . .

[See case of Rawson v. Billing, above, p. 543, and Records of Court of Assistants, i. 96.]

### HAWFORD ag^t SCOTTO etc.

Samuel Hawford plaint. ag^t John Scottow and John Endicott Executo^rs of the Last will & Testam^t of Andrew Sheppard dec^d Defend^ts in an action of the case for not paying the Summe of thirty Seven pounds one Shilling in mony due from s^d Scotto and Endicot as Exec^rs aboves^d to the now plaint. for one third part of a parcell of Logwood that was brought from Treice in the Katch Jndustry Nathan^ll Man Commander in the month of January. 1675. which was Ship't by the plaint. & ventured on his own acco^t but Andrew Sheppard his order or Exec^rs have Sold it and received the mony but yet detaines it whereby the plaint. is greatly damnified with all other due damages &c. . . . The Jury . . . found for the Defendants costs of Court allowed ten Shillings and four pence.

[See second case at this session, above, p. 816.]